UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: SYLVESTER UWAGBOE            Chapter 13
                                                 Case No:  16-11634-FJB
         Debtor

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR EXPIRED PLAN
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee"), and respectfully moves the Court for an Order dismissing this case.  In support thereof, the Trustee states as follows:

1. On April 29, 2016, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.
2. This Court entered an Order confirming the Debtor's plan effective on June 1, 2016.
3. The confirmed plan expired by its terms in May 2021.  Debtor has failed to complete the payments required by the plan.  The balance remaining due under the confirmed plan is approximately $4,630.61.  Failure to make timely payments to the Trustee is a material default with respect to the confirmed plan and is "cause" for dismissal within the meaning of 11 U.S.C. Section 1307(c)(4).

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,


By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Dated:  August 2, 2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: SYLVESTER UWAGBOE	Chapter 13
	Case No: 16-11634-FJB
      Debtor

### ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

                                        _____
                                          U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: SYLVESTER UWAGBOE                         Chapter 13
                                                 Case No:  16-11634-FJB
      Debtor

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.   If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: August 2, 2021

                                                /s/ Carolyn Bankowski

SERVICE LIST

Sylvester Uwagboe
135 Read Street
Winthrop, MA 02152

Osborn N. Nzepuome, Esquire
Nzepuome & Egbe
185 Squire Road, Suite 6
Revere, MA 02151